IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY - 6 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION No. H-03-4868 |
| | § | |
| BRENT RHODES, LONG HO, and | § | |
| JENNIFER LI | § | |
|    *Defendants.* | § | |

## ORDER OF DISMISSAL

After considering the Plaintiff's Motion to Dismiss Defendant Long Ho without Prejudice, and any response of counsel, the Court:

GRANTS the dismissal and dismisses Defendant Long Ho Without Prejudice, from this case.

SIGNED on this __5__ day of __May__, 2005.

_____
U.S. DISTRICT JUDGE